■ H. Penelope Blum v. Steven E. Blum.— Motion for stay dismissed, having become academic by virtue of the decision of this court in *Blum* v. *Blum* (9 A D 2d 605). Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ Henrietta Held, Respondent, v. John Fogarty, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the plaintiff-respondent, with leave to defendant to serve an amended answer and counter-claim if so advised, within 20 days after service upon his attorney of a copy of the order entered herein with notice of entry. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ John J. Reynolds et al., Respondents, v. Judith Snow et al., as Administrators of the Estate of Lillian R. Schwamm, Deceased, and of the Estate of Harvey L. Schwamm, Deceased, Appellants, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of Raymond J. McCusker, Jr., Petitioner, against Joseph P. Kelly, as Commissioner of Motor Vehicles, Respondent.— Determination unanimously confirmed, with $20 costs and disbursements to respondent. The application to amend the petition is denied. It is obvious from the affidavit submitted that the petitioner is guilty of laches in his failure to make a timely application, and no adequate explanation is submitted to excuse the delay. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of the Arbitration between Domestic Concentrates, Inc., Respondent, and Centroprom Import & Export Corporation, Appellant. — Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of the Arbitration between Domestic Concentrates, Inc., Respondent, and Centroprom Import & Export Corporation, Appellant. — Motion for stay dismissed, having become academic by virtue of the decision of this court in *Matter of Domestic Concentrates (Centroprom Export & Import Corp.)* (9 A D 2d 606). Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ Janet M. Reback et al. v. Story Productions et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before October 7, 1959, with notice of argument for the November 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ James Gillespie v. John Scotti & Sons, Inc., et al.; John Scotti & Sons, Inc. v. Monitor Plumbing & Heating Co., Inc.— Motion to dismiss appeal granted, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ Lillian Kaplan et al. v. City of New York.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ Bettie A. Davis v. John F. Foley et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant, John F. Foley, procures the record on appeal and appellant's points to be served and filed on or before October 7, 1959, with notice of argument for the November 1959 Term of this